UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULIE N. BROWN,,

    Plaintiff,                                          CASE NO. 07-CV-13111

-vs-                                                     PAUL D. BORMAN
                                                        UNITED STATES DISTRICT JUDGE

T-INK, LLC, a Delaware limited
liability company,

    Defendant.
_____/

## ORDER REQUESTING THAT THE PARTIES SUBMIT SUPPLEMENTAL INFORMATION BY NOVEMBER 13, 2007 ADDRESSING THE POSSIBLE PARALLEL STATE COURT PROCEEDINGS

In its November 1, 2007 Response to Plaintiff's Cross Motion to Dismiss Pursuant to Rule 41(a)(2), Defendant has brought to the Court's attention the existence of two possible parallel state court proceedings, in Michigan and Delaware, that may involve the same issues, claims, and/or parties as in the instant case.

The Sixth Circuit has held that Plaintiffs may not use federal courts to re-litigate issues decided in state courts. The mere fact that plaintiffs disagree with a state court ruling does not grant them access to the federal forum. *Daubenmire v. City of Columbus*, No. 06-3461, – F.3d –, slip op. 5-6 (6th Cir. Nov. 6, 2007).

The Court orders that the parties submit the relevant state court complaints, docket sheets, and any orders that have been issued by the state courts by Tuesday, November 13, 2007.

1

This Order does not affect the date for the motion hearing scheduled for November 19, 2007.

**SO ORDERED.**

        s/Paul D. Borman
        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

Dated: November 6, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on November 6, 2007.

        s/Denise Goodine
        Case Manager