**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JULIE N. BROWN,

        Plaintiff,

-vs-

T-INK, LLC, a Delaware limited
liability company,

        Defendant.
_____/

CASE NO. 07-CV-13111

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

**ORDER NOTIFYING PARTIES
THAT DEFENDANT'S MOTION TO VACATE PLAINTIFF'S NOTICE OF
VOLUNTARY DISMISSAL AND PLAINTIFF'S CROSS MOTION TO DISMISS BASED
ON RULE 41(a)(2) WILL BE DECIDED UPON THE PARTIES' BRIEFS**

      Pursuant to E.D. Mich. L. R. 7.1(e)(2), the Court hereby notifies the parties that it will make a decision on Defendant's Motion to Vacate Plaintiff's Notice of Voluntary Dismissal (Doc. No. 9) and Plaintiff's Cross Motion to Dismiss Pursuant to Rule 41(a)(2) (Doc. No. 13) on the parties' submitted briefs without holding a hearing. Accordingly, the Court cancels the motion hearing scheduled for November 19, 2007.

**SO ORDERED.**

                                s/Paul D. Borman
                                PAUL D. BORMAN
                                UNITED STATES DISTRICT JUDGE

Dated: November 14, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on November 14, 2007.

                                s/Denise Goodine
                                Case Manager